```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Galindo,                                                           :
:
                    Plaintiff,   :   20-cv-05978 (AJN)
:
       -v-                                                  :   ORDER
:
DLS Chicken Corp., *et al*,                                       :
:
                  Defendants.  :
:
-------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       The Court has received the parties' joint letter and case management plan. In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. The parties should consider whether they can do without an initial conference at all. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties should submit a letter indicating whether or not a conference is necessary. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

       SO ORDERED.

Dated: October 29, 2020
       New York, New York

                                                      ALISON J. NATHAN
                                                      United States District Judge