USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Galindo,<br><br>　　　　　　Plaintiff,<br><br>　　　–v–<br><br>DLS Chicken Corp., *et al.*,<br><br>　　　　　　Defendants. | 20-cv-5978 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

　　The Court has received the Plaintiff's letter. Dkt. No. 23. The Defendants are to file a letter with the Court by June 24, 2021 explaining why they have not responded to the Plaintiff's request and whether the defendants still intend to execute the agreement.

　　SO ORDERED.

Dated: June 18, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALISON J. NATHAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1