```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sosof Galindo,

               Plaintiff,

–v–

DLS Chicken Corp., *et al.*,

               Defendants.

20-cv-5978 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are to submit their settlement materials, as instructed in Dkt. No. 22, on or before **July 19, 2021.**

SO ORDERED.

Dated: June 28, 2021
       New York, New York

                                          ALISON J. NATHAN
                                         United States District Judge