UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVIN ROLANDO SOSOF GALINDO, on behalf
of himself and others similarly situated,

                      Plaintiff,

           - against -                        ORDER
                                              20-CV-5978 (KNF)

DLS CHICKEN CORP. d/b/a CHIRPING CHICKEN,
and DEMETRI PAPAS,

                      Defendants.
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      This action was brought pursuant to the Fair Labor Standards Act and the New York Labor Law.  The parties negotiated a resolution of their dispute with the aid of a mediator affiliated with the court's alternative dispute resolution program .  Thereafter, the parties memorialized the terms and conditions under which they agreed to resolve their dispute in a written settlement agreement.  See Docket Entry No. 27. That document was submitted to the Court for its review and approval.  The Court reviewed the agreement, held a conference with the parties to discuss it and, during that conference, directed that the settlement agreement be revised.  The parties have revised their agreement, see Docket Entry No. 36, which the Court has reviewed.  Based on the parties' arm's-length negotiations and the Court's review of the parties' revised written settlement agreement, the Court finds that the settlement agreement is fair and reasonable; therefore, the Court approves the settlement agreement.  The Clerk of Court is directed to record this action as terminated, on the docket sheet maintained for this action.

Dated:  New York, New York          SO ORDERED:
        October 18, 2021

                                                              /s/ Kevin Nathaniel Fox
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE